**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**MANUEL ERNESTO IGLESIAS,**           Case No. 22-14742-BKC-LMI
                                                       Chapter 7

     **Debtor.**
_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on January 30, 2025. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

                                              _____/s/ Barry E. Mukamal_____
                                              Barry E. Mukamal, Trustee
                                              PO Box 14183
                                              Fort Lauderdale, FL 33302
                                              Telephone: (786) 517-5760
                                              Email: bemtrustee@kapilamukamal.com

Printed: 01/30/25 5:01 PM                                                                                                                    Page: 1

# Trustee's Final Dividends

### Case: 22-14742 MANUEL ERNESTO IGLESIAS

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/05/24 | 200 | KapilaMukamal, LLP<br>1000 S Federal Hwy, Ste 200<br>Fort Lauderdale, FL 33316<br><3310-00 Accountant for Trustee Fees (Trustee Firm)> | $ 20,977.60 | $ 20,977.60 | $ 20,977.60 | $ 0.00 | $ 0.00 |
| | 09/05/24 | 200 | KapilaMukamal, LLP<br>1000 S Federal Hwy, Ste 200<br>Fort Lauderdale, FL 33316<br><3320-00 Accountant for Trustee Expenses (Trustee Firm)> | $ 364.39 | $ 364.39 | $ 364.39 | $ 0.00 | $ 0.00 |
| | 08/06/24 | 200 | Meland Russin & Budwick PA<br>200 S. Biscayne Blvd. Ste 3200<br>Miami, FL 33131<br><3210-00 Attorney for Trustee Fees (Other Firm)> | $ 123,769.50 | $ 123,769.50 | $ 123,769.50 | $ 0.00 | $ 0.00 |
| | 08/06/24 | 200 | Meland Russin & Budwick PA<br>200 S. Biscayne Blvd. Ste 3200<br>Miami, FL 33131<br><3220-00 Attorney for Trustee Expenses (Other Firm) > | $ 15,670.66 | $ 15,670.66 | $ 15,670.66 | $ 0.00 | $ 0.00 |
| | 08/02/24 | 200 | Barry E. Mukamal<br>PO Box 14183<br>Fort Lauderdale, FL 33302<br><2100-00 Trustee Compensation> | $ 21,750.00 | $ 21,750.00 | $ 21,750.00 | $ 0.00 | $ 0.00 |
| | 09/05/24 | 200 | Barry E. Mukamal<br>PO Box 14183<br>Fort Lauderdale, FL 33302<br><2200-00 Trustee Expenses> | $ 557.46 | $ 557.46 | $ 557.46 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 200:    100% Paid | $ 183,089.61 | $ 183,089.61 | $ 183,089.61 | $ 0.00 | $ 0.00 |
| | | | Total for Admin Ch. 7 Claims: | $ 183,089.61 | $ 183,089.61 | $ 183,089.61 | $ 0.00 | $ 0.00 |
| **Secured Claims:** | | | | | | | | |
| 2S | 06/15/23 | 100 | Department of the Treasury - Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><4300-00 Internal Revenue Service Tax Liens (pre-petition)> | $ 66,705.40 | $ 66,705.40 | $ 66,705.40 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:    100% Paid | $ 66,705.40 | $ 66,705.40 | $ 66,705.40 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 66,705.40 | $ 66,705.40 | $ 66,705.40 | $ 0.00 | $ 0.00 |

Printed: 01/30/25 5:01 PM                                                                                                                Page: 2

## Trustee's Final Dividends

### Case: 22-14742 MANUEL ERNESTO IGLESIAS

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 4W | 06/21/23 | 510 | Sheldon Staller MD<br>221 S.W. 101 Avenue<br>Plantation, FL 33324<br><5300-00 Wages - § 507(a)(4)> | $ 90,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 510:    0% Paid | $ 90,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2P | 06/15/23 | 570 | Department of the Treasury - Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 167,765.07 | $ 167,765.07 | $ 117,979.39 | $ 49,785.68 | $ 0.00 |
| | | | Total for Priority 570:    70.32417% Paid | $ 167,765.07 | $ 167,765.07 | $ 117,979.39 | $ 49,785.68 | $ 0.00 |
| | | | Total for Priority Claims: | $ 257,765.07 | $ 167,765.07 | $ 117,979.39 | $ 49,785.68 | $ 0.00 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 06/08/23 | 610 | Florida Power & Light<br>4200 W FLAGLER ST<br>RRD/LFO BKY<br>CORAL GABLES, FL 33134-4200<br><7100-00 General Unsecured - § 726(a)(2)> | $ 608.78 | $ 229.72 | $ 0.00 | $ 229.72 | $ 0.00 |
| 3 | 06/16/23 | 610 | BMW Bank of North America<br>BMW Financial Services Attn: Customer Accounting<br>1400 City View Dr<br>Columbus, OH 43215<br><7100-00 General Unsecured - § 726(a)(2)> | $ 7,630.41 | $ 7,630.41 | $ 0.00 | $ 7,630.41 | $ 0.00 |
| 5 | 06/23/23 | 610 | Gabriel Perez & Franz Rakusa<br>9150 S DADELAND BOULEVARD<br>1400<br>MIAMI, FL 33156-1400<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,700,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | 06/25/23 | 610 | Maxwell Pharmacy Inc.<br>171 E 5th St<br>Brooklyn, NY 11218-1701<br><7100-00 General Unsecured - § 726(a)(2)> | $ 60,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | 07/05/23 | 610 | Kathy G Lubbers<br>200 OCEAN LANE DRIVE<br>1203<br>Key BIscayne, FL 33149-1108<br><7100-00 General Unsecured - § 726(a)(2)> | $ 20,000.00 | $ 20,000.00 | $ 0.00 | $ 20,000.00 | $ 0.00 |

Printed: 01/30/25 5:01 PM                                                                                                                         Page: 3

## Trustee's Final Dividends

### Case: 22-14742 MANUEL ERNESTO IGLESIAS

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8 | 08/01/23 | 610 | Wells Fargo Bank, N.A.<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,126.72 | $ 3,126.72 | $ 0.00 | $ 3,126.72 | $ 0.00 |
| 9 | 08/24/23 | 610 | N5HYG, LLC<br>Weissman & Dervishi P.A. Attn: Peter Tappert, Esq.<br>One SE third Ave, Suite 1700<br>Miami, FL 33131<br><7100-00 General Unsecured - § 726(a)(2)> | $ 6,389,498.49 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | 08/24/23 | 610 | Nevada 5, Inc.<br>c/o Weissman & Dervishi, P.A.<br>attn: Peter A. Tappert, Esq., One SE Third Ave, Suite 1700<br>Miami, FL 33131<br><7100-00 General Unsecured - § 726(a)(2)> | $ 30,012,354.56 | $ 12,354.56 | $ 0.00 | $ 12,354.56 | $ 0.00 |
| 11 | 08/30/23 | 610 | The Leistner Group LLC<br>Att G Leistner<br>108 Timberview Drive<br>Safety Harbor, FL 34695<br><7100-00 General Unsecured - § 726(a)(2)> | $ 4,767,564.02 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | 08/30/23 | 610 | John Lindsay<br>3554 Bournemouth Ct<br>San Jose, CA 95136-1401<br><7100-00 General Unsecured - § 726(a)(2)> | $ 20,000.00 | $ 20,000.00 | $ 0.00 | $ 20,000.00 | $ 0.00 |
| 13 | 09/07/23 | 610 | Raul Tamayo<br>c/o Thomas C. Allison, Esquire<br>180 N Park Ave Ste 2A<br>Winter Park, FL 32789-7401<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,000,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | 09/07/23 | 610 | Govan Rajan as Representative of Manasota Medical<br>4908 64th Drive West<br>Bradenton, FL 34210-4051<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,000,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | 05/10/24 | 610 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 General Unsecured - § 726(a)(2)> | $ 16,000.00 | $ 16,000.00 | $ 0.00 | $ 16,000.00 | $ 0.00 |
| | | | Total for Priority 610:    0% Paid | $ 48,996,782.98 | $ 79,341.41 | $ 0.00 | $ 79,341.41 | $ 0.00 |

Printed: 01/30/25 5:01 PM                                                                                                                          Page: 4

## Trustee's Final Dividends

### Case: 22-14742 MANUEL ERNESTO IGLESIAS

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2F | 06/15/23 | 630 | Department of the Treasury - Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-00 Fines, Penalties - § 726(a)(4)> | $ 61.00 | $ 61.00 | $ 0.00 | $ 61.00 | $ 0.00 |
| | | | Total for Priority 630:    0% Paid | $ 61.00 | $ 61.00 | $ 0.00 | $ 61.00 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 48,996,843.98 | $ 79,402.41 | $ 0.00 | $ 79,402.41 | $ 0.00 |
| | | | Total for Case: | $ 49,504,404.06 | $ 496,962.49 | $ 367,774.40 | $ 129,188.09 | $ 0.00 |